IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES W. GAY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1153-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

O R D E R

This action for judicial review of the Commissioner's denial of disability insurance benefits and supplemental security income benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered his Report and Recommendation on May 27, 2008, recommending that the decision of the Commissioner be affirmed. Plaintiff, through counsel, has timely filed an objection to the Report and Recommendation, and the Court therefore considers the matter de novo.

In a thorough and well-reasoned Report and Recommendation, Judge Purcell sets out the relevant facts and prevailing law, and no purpose would be served to repeat those here. In objection, Plaintiff merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts and affirms, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 11th day of July, 2008.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge